☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual                 12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**: Dedicated Technologies, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Dedicated ai

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   EIN __ __ – __ __ __ __ __ __ __

5. **Debtor's address**

   **Principal place of business**

   110   5th Avenue
   Number   Street

   _____

   New York          NY   10011
   City              State ZIP Code

   _____
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City              State ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____

   _____
   City              State ZIP Code

Debtor  __Dedicated Technologies, Inc.__       Case number (if known) _____
         Name

6. Debtor's website (URL)   __www.dedicated.ai__

7. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the types of business listed.
   ☒ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☒ No
   ☐ Yes. Debtor _____ Relationship _____
              District _____ Date filed _____ Case number, if known _____
                                  MM / DD / YYYY

              Debtor _____ Relationship _____
              District _____ Date filed _____ Case number, if known _____
                                  MM / DD / YYYY

## Part 3: Report About the Case

10. Venue

    *Check one:*

    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor __Dedicated Technologies, Inc.__  
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Data Driven Creative, LLC | Money Judgment | $144,186.37 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

__Data Driven Creative, LLC__  
Name

__957 Wellesley Road__  
Number  Street

__Pittsburgh__  __PA__  __15206__  
City  State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number  Street

_____  
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/23/2023__  
MM / DD / YYYY

X _Adam Paulisick_, member  
Signature of petitioner or representative, including representative's title

**Attorneys**

__Ronald V. De Caprio__  
Printed name

__Law Office of Ronald V. De Caprio__  
Firm name, if any

__18 Laurel Road__  
Number  Street

__New City__  __NY__  __10956__  
City  State  ZIP Code

Contact phone __845-354-3212__  Email __rvd@decapriolaw.com__

Bar number __2812428__

State __New York__

X _____  
Signature of attorney

Date signed _____  
MM / DD / YYYY

Debtor   Dedicated Technologies, Inc.          Case number (if known) _____
         Name

### Name and mailing address of petitioner

Name  _____

Number  Street  _____

City  _____  State  ____  ZIP Code  ____

### Name and mailing address of petitioner's representative, if any

Name  _____

Number  Street  _____

City  _____  State  ____  ZIP Code  ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name  _____

Firm name, if any  _____

Number  Street  _____

City  _____  State  ____  ZIP Code  ____

Contact phone  _____  Email  _____

Bar number  _____

State  _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

### Name and mailing address of petitioner

Name  _____

Number  Street  _____

City  _____  State  ____  ZIP Code  ____

### Name and mailing address of petitioner's representative, if any

Name  _____

Number  Street  _____

City  _____  State  ____  ZIP Code  ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name  _____

Firm name, if any  _____

Number  Street  _____

City  _____  State  ____  ZIP Code  ____

Contact phone  _____  Email  _____

Bar number  _____

State  _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY